IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY GIBSON,** | : | CIVIL ACTION NO. 1:06-CV-1207 |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | (CONSOLIDATED) |
| | : | |
| **U.S. ATTORNEY GENERAL** and | : | |
| **HEAD OF THE F.B.I.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 14th day of September, 2006, upon consideration of the report of the magistrate judge (Doc. 8), to which no objections were filed, recommending that the consolidated complaints be dismissed, see 28 U.S.C. § 1915A; FED. R. CIV. P. 8, 12, and, following an independent review of the record, it appearing that plaintiff has not filed a amended complaint as directed by the magistrate judge (see Doc. 6),[1] it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 8) is ADOPTED.

2. The consolidated complaints are DISMISSED. See 28 U.S.C. § 1915A; FED. R. CIV. P. 8, 12.

3. The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The magistrate judge directed plaintiff to file an amended complaint because the consolidated complaints lack any statements regarding the incident that gives rise to the cause of action, the harm suffered by plaintiff, plaintiff's standing to bring the action, and the statute(s) under which this action is brought. (See Doc. 6 at 2.) Plaintiff responded by stating: "I do not and will not amend[] my cases." (Doc. 7 ¶ 1.)